**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Farrell GONZALEZ, Defendant— Appellant.**

No. 01–50677.

D.C. No. CR–01–02513–IEG.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Submitted Feb. 10, 2003.*

Decided March 12, 2003.

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

## MEMORANDUM **

Farrell Gonzalez appeals his conviction by guilty plea to one count of importation of marijuana in violation of 21 U.S.C. §§ 952 and 960.

Gonzalez's contention that Sections 952 and 960 are unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by *United States v. Mendoza–Paz*, 286 F.3d 1104 (9th Cir.), *cert. denied,* — U.S. ——, 123 S.Ct. 573, 154 L.Ed.2d 459 (2002) (Section 960), and *United States v. Varela–Rivera*, 279 F.3d 1174, 1175 n. 1 (9th Cir.2002) (Section 952). His contention that the indictment should be dismissed because it did not allege *mens rea* as to drug type and quantity is foreclosed by *United States v. Carranza*, 289 F.3d 634 (9th Cir.2002). His contention that *United States v. Harris*, 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), overrules *United States v. Buckland*, 289 F.3d 558, 562 (9th Cir.) (en banc), *cert. denied,* 535 U.S. 1105, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002), and *Mendoza–Paz* is foreclosed by *United States v. Hernandez*, 322 F.3d 592 (9th Cir.2003).***

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

*** The government's motion to strike appellee's Rule 28(j) letter of additional citations is denied, and the clerk shall file the letter.

